

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-14-00554-CV

**IN RE LIFECELL CORPORATION**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:   Sandee Bryan Marion, Justice
           Rebeca C. Martinez, Justice
           Luz Elena D. Chapa, Justice

Delivered and Filed: August 13, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On August 5, 2014, relator LifeCell Corporation filed a petition for writ of mandamus and an emergency motion for temporary relief. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014CI10718, styled *LifeCell Corporation v. Novadaq Technologies, Inc. and Novadaq Corp.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.